This is an appeal from the denial of a pro se petition for writ of error coram nobis.
The petition, which was filed on June 23, 1987, alleges that counsel was ineffective in representing the petitioner at his 1984 trial for a violation of the Uniform Controlled Substances Act. Petitions for post conviction relief filed on or after April 1, 1987, are governed by Rule 20, Alabama Rules of Criminal Procedure (Temporary). The petition does not follow the form provided by Rule 20. Rule 20.6(a) provides: "The petition should be filed by using or following the form appended to this Temporary Rule 20. If that form is not used or followed, the court shall return the petition to the petitioner to be amended to comply with the form." The circuit court did not follow this rule but merely summarily denied the petition without stating a reason.
Therefore, this cause is remanded to the circuit court for compliance with Rule 20.
REMANDED WITH INSTRUCTIONS.
All Judges concur. *Page 97 
 ON RETURN TO REMAND